# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 16, 2015

## NO. 03-13-00425-CR

**The State of Texas, Appellant**

**v.**

**Milenko Bozanic, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY**
**BEFORE JUSTICES PEMBERTON, FIELD, AND BOURLAND**
**REVERSED AND REMANDED -- OPINION BY JUSTICE PEMBERTON**

---

This is an appeal from the suppression order signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's suppression order. Therefore, the Court reverses the trial court's suppression order and remands the case for further proceedings consistent with this opinion. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.